**BIBIYAN LAW GROUP, P.C.**
Jason W. Rothman (SBN 304961)
*jason@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555
Fax: (310) 300-1705

Attorneys for Plaintiff,
JOHN DAVID GASTON,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOHN DAVID GASTON, an individual and on behalf of all others similarly situated,

        Plaintiff*,*

        v.

WESTERN REFINING RETAIL, LLC, a Delaware limited liability company; WESTERN REFINING SOUTHWEST, INC., an Arizona corporation; WESTERN REFINING COMPANY, LLC, a Delaware limited liability company; WESTERN REFINING WHOLESALE, LLC, an Arizona limited liability company; and DOES 1 through 100, inclusive,

        Defendants.

Case No.  2:25-cv-0435-TLN-JDP

District Judge, Troy L. Nunley
Magistrate Judge, Jeremy D. Peterson.

**ORDER REGARDING DISMISSAL WITHOUT PREJUDICE OF SELECT DEFENDANTS**

Action Filed:   December 26, 2024
Trial Date:     Not Set

ORDER

Upon reviewing the joint stipulation for Dismissal, Without Prejudice, of Select Defendants, between Western Refining Retail, LLC, Western Refining Southwest, Inc., Western Refining Company, LLC, and Western Refining Wholesale, LLC (collectively "Defendants") and plaintiff John David Gaston ("Plaintiff") (Plaintiff and Defendants are collectively referred herein as to "Parties"), there is good cause to Order the following:

(1) Defendant Western Refining Southwest, Inc. is dismissal from the above-entitled lawsuit, without prejudice;

(2) Western Refining Company, LLC, is dismissal from the above-entitled lawsuit, without prejudice;

(3) Western Refining Wholesale, LLC, is dismissal from the above-entitled lawsuit, without prejudice;

(4) If subsequent information determines that either of the above Defendants should be added back into the lawsuit then their claims will relate back to the initial filing for which they were first included.

DATED: February 5, 2026

_____
Troy L. Nunley
Chief United States District Judge

2
ORDER